UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GTM TECHNOLOGIES, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GTM, LLC,<br><br>    Defendant. | Case No. 13-cv-02547-WHO<br><br>**ORDER GRANTING STIPULATION AND RESCHEDULING MOTION HEARING**<br><br>Re: Dkt. No. 14 |

Before the Court is the parties' stipulation and request to extend time to oppose Defendant's Amended Motion to Dismiss for Lack of Jurisdiction (Dkt. No. 15). The Court GRANTS the request. Plaintiffs' opposition shall be filed by August 12, 2013, and Defendant's reply shall be filed by August 19, 2013. The hearing on the Amended Motion to Dismiss for Lack of Jurisdiction is rescheduled for September 18, 2013, at 2:00 p.m. in Courtroom 12, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: July 29, 2013

WILLIAM H. ORRICK
United States District Judge