| | |
|---|---|
| 1 | Richard P. Doyle, Jr. (SBN 112459) |
| | rdoyle@doylelow.com |
| 2 | Jaime B. Herren (SBN 271680) |
| | jherren@doylelow.com |
| 3 | DOYLE LOW LLP |
| | 140 Brookwood Road, Suite 102 |
| 4 | Orinda, CA  94563 |
| | 925.295.1805 telephone |
| 5 | 925.253.1071 fax |
| 6 | *Attorneys for Plaintiffs* |
| | GTM Technologies, LLC, |
| 7 | and J. Michael Koonce |
| 8 | Marvin W. Jones *(pro hac vice)* |
| | SPROUSE SHRADER SMITH |
| 9 | 701 S. Taylor Street, Suite 500 |
| | Amarillo, Texas 79101 |
| 10 | |
| | *Attorneys for Defendant* |
| 11 | GTM Manufacturing, LLC |

DOYLE LOW LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GTM Technologies, LLC, a Delaware corporation, and J. Michael Koonce, an individual, | Case No. CV-02547-WHO |
| Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| GTM LLC, dba GTM Manufacturing, a Texas corporation | |
| Defendant. | |

The parties, through their counsel, hereby stipulate as follows:

(1)   Plaintiffs hereby request the Court's permission to file their First Amended Complaint in this action, thereby changing the name of the defendant from the previously alleged "GTM LLC, dba GTM Manufacturing, a Texas corporation" to a defendant named "GTM Manufacturing, LLC, a Texas corporation."

(2)  Pursuant to Rule10-1, the entire proposed pleading, as newly captioned, is submitted herewith by the Plaintiffs.

(3)  Pursuant to Rule17-2, this stipulation requesting judicial action is submitted in writing, and signed by all affected parties' counsel.

| DOYLE LOW LLP | SPROUSE SHRADER SMITH |
|---|---|
| By: /s/ Richard Doyle<br>Richard P. Doyle, Jr.<br>140 Brookwood Road, Suite 102<br>Orinda, CA  94563<br>Attorneys for Plaintiffs<br>GTM Technologies, LLC, and<br>J. Michael Koonce | By: /s/ Marvin Jones<br>Marvin W. Jones<br>701 S. Taylor Street, Suite 500<br>Amarillo, Texas 79101<br>Attorneys for Defendant<br>GTM Manufacturing, LLC |
| Dated: September 3, 2013 | Dated: September 3, 2013 |

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: __September 9__, 2013

_/s/ W. H. Or_
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER RE FILING FIRST AMENDED COMPLAINT