1  Richard P. Doyle, Jr. (SBN 112459)
   rdoyle@doylelow.com
2  Jaime B. Herren (SBN 271680)
   jherren@doylelow.com
3  DOYLE LOW LLP
   140 Brookwood Road, Suite 102
4  Orinda, CA 94563
   925.295.1805 telephone
5  925.253.1071 fax

6  *Attorneys for Plaintiffs*
   GTM Technologies, LLC,
7  and J. Michael Koonce

8  Marvin W. Jones *(pro hac vice)*
   SPROUSE SHRADER SMITH
9  701 S. Taylor Street, Suite 500
   Amarillo, Texas 79101
10

11 *Attorneys for Defendant*
   GTM Manufacturing, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GTM Technologies, LLC, a Delaware corporation, and J. Michael Koonce, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GTM Manufacturing, LLC., a Texas corporation<br>Defendant. | Case No. C13-2547<br><br>**STIPULATION RE NOTICE OF MEDIATION AND RESCHEDULING OF PENDING BRIEFING DATES ON MOTION TO DISMISS** |

The parties, through their counsel, hereby stipulate as follows:

The Parties request court appointed mediation. It is understood that mediation will occur within 90 days of the Court entering this stipulation.

The Parties further request that the current briefing scheduled on Defendant's Motion to Dismiss be changed to accommodate the requested mediation as follows: Plaintiffs'

**PAGE 1**

**STIPULATION AND NOTICE OF MEDIATION**

1 supplemental briefing be moved from December 4, 2013 to ***January 15, 2014***, and that

2 Defendant's supplemental briefing be moved from December 18, 2013 to ***January 29, 2014***.

3

4 DOYLE LOW LLP                                        SPROUSE SHRADER SMITH

5

6
By:*/s/ Richard Doyle*                                 By: */s/ Marvin Jones*
7     Richard P. Doyle, Jr.                                   Marvin W. Jones
    140 Brookwood Road, Suite 102                          701 S. Taylor Street, Suite 500
8     Orinda, CA 94563                                       Amarillo, Texas 79101
    Attorneys for Plaintiffs                                Attorneys for Defendant
9     GTM Technologies, LLC, and                             GTM Manufacturing, LLC
    J. Michael Koonce
10

11

12
Dated: October 21, 2013                                Dated: October 21, 2013
13

14
        PURSUANT TO STIPULATION, IT IS SO ORDERED,
15

16

17

18 Dated: <u>November 19</u>, 2013                    _____

19                                                             United States District Judge

20

21

22

23

24

25

26

27

**PAGE 2**

**STIPULATION AND NOTICE OF MEDIATION**