```
1  Richard P. Doyle, Jr. (SBN 112459)
   rdoyle@doylelow.com
2  Jaime B. Herren (SBN 271680)
   jherren@doylelow.com
3  DOYLE LOW LLP
   140 Brookwood Road, Suite 102
4  Orinda, CA  94563
   925.295.1805 telephone
5  925.253.1071 fax

6  Attorneys for Plaintiffs
   GTM Technologies, LLC,
7  and J. Michael Koonce

8  Marvin W. Jones (pro hac vice)
   SPROUSE SHRADER SMITH
9  701 S. Taylor Street, Suite 500
   Amarillo, Texas 79101
10
   Attorneys for Defendant
11 GTM Manufacturing, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GTM Technologies, LLC, a Delaware corporation, and J. Michael Koonce, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GTM Manufacturing, LLC., a Texas corporation<br>Defendant. | Case No. C13-2547<br><br>**STIPULATION RE NOTICE OF MEDIATION AND RESCHEDULING OF PENDING BRIEFING DATES ON MOTION TO DISMISS** |

The parties, through their counsel, hereby stipulate as follows:

The Parties request court appointed mediation.  It is understood that mediation will occur within 90 days of the Court entering this stipulation.

The Parties further request that the current briefing scheduled on Defendant's Motion to Dismiss be changed to accommodate the requested mediation as follows:  Plaintiffs'

**PAGE 1**

**STIPULATION AND NOTICE OF MEDIATION**

supplemental briefing be moved from December 4, 2013 to *January 15, 2014*, and that Defendant's supplemental briefing be moved from December 18, 2013 to *January 29, 2014*.

DOYLE LOW LLP                                             SPROUSE SHRADER SMITH

By:*/s/ Richard Doyle*                                    By: */s/ Marvin Jones*
    Richard P. Doyle, Jr.                                    Marvin W. Jones
    140 Brookwood Road, Suite 102                            701 S. Taylor Street, Suite 500
    Orinda, CA  94563                                        Amarillo, Texas 79101
    Attorneys for Plaintiffs                                 Attorneys for Defendant
    GTM Technologies, LLC, and                               GTM Manufacturing, LLC
    J. Michael Koonce

Dated: October 21, 2013                                   Dated: October 21, 2013


PURSUANT TO STIPULATION, IT IS SO ORDERED,


Dated: November 19, 2013                                  _____
                                                                                                  United States District Judge